ANDREA T. MARTINEZ, United States Attorney (#9313)
TODD C. BOUTON, Assistant United States Attorney (#17800)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: todd.bouton@usdoj.gov

FILED US District Court-UT
MAR 02 '22 PM02:04

**SEALED**

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DINO ANGELO RENDE AND FRANCIS J. RENDE II,<br><br>Defendants. | **INDICTMENT**<br><br>VIOLATIONS:<br><br>Count 1: 18 U.S.C. §§ 371 and 641, Conspiracy to Convert Government Property<br><br>Count 2: 18 U.S.C. §§ 641 and 2, Retention of Government Property with Intent to Convert and Aiding and Abetting |

The Grand Jury Charges:

Case: 4:22-cr-00019
Assigned To : Shelby, Robert J.
Assign. Date : 3/2/2022

## BACKGROUND ALLEGATIONS

At all times relevant to this Indictment:

1.      The defendant, DINO ANGELO RENDE ("DINO RENDE"), was a resident of Allegheny County, Pennsylvania.

2.      The defendant, FRANCIS J. RENDE II ("FRANCIS RENDE"), was a resident of San Diego County, California.

/ / /

## The Federal COVID-19 Vaccination Program

3.     On or about January 31, 2020, the Secretary of the United States Department of Health and Human Services ("HHS") declared a national public health emergency under 42 U.S.C. § 247d as a result of the spread of a novel coronavirus, SARS-CoV-2, also known as "COVID-19," to and within the United States. On or about March 13, 2020, the President of the United States issued Proclamation 9994 declaring a national emergency beginning on March 7, 2020, as a result of the rapid spread of COVID-19 within the United States. As part of the response to the pandemic, the federal government provided funding to pharmaceutical and biotechnology companies capable of developing a vaccine for COVID-19.

4.     On or about December 11, 2020, the United States Food and Drug Administration (the "FDA") approved the Pfizer COVID-19 vaccine for emergency use. On or about December 18, 2020, the FDA also approved the Moderna COVID-19 vaccine for emergency use. Each vaccine was approved as a two-dose regimen.

5.     Then, on or about February 27, 2021, the FDA issued another emergency use authorization (EUA) for the Janssen COVID-19 Vaccine. The Janssen COVID-19 Vaccine was manufactured by Janssen Biotech Inc., a Janssen Pharmaceutical Company of Johnson & Johnson. The Janssen COVID-19 Vaccine has a single-dose regimen.

6.     Consistent with these emergency authorizations, the Centers for Disease Control and Prevention ("CDC") prepared for widespread administration of the COVID-19 vaccines, at a variety of locations. To do so, the government purchased vaccine doses from Pfizer, Moderna, and Johnson & Johnson. The government also contracted with

companies to print COVID-19 vaccination cards according to certain CDC specifications, including a requirement that the cards include a space to record the dates of the first and (where needed) second vaccine doses ("CDC Vaccination Record Cards"), and to distribute the cards as part of the vaccine ancillary kits sent to each vaccine distribution location.

7.    The CDC and HHS also developed rules and protocols for the entities that would administer the COVID-19 vaccine at locations around the country ("vaccine distributing entities").

8.    These protocols required all vaccine distributing entities that administered the COVID-19 vaccines at physical locations to provide a CDC Vaccination Record Card to each vaccine recipient.

9.    Some of these CDC Vaccination Record Cards were kept in boxes at various locations and not constantly closely monitored.

## COUNT 1
### 18 U.S.C. §§ 371 and 641
(Conspiracy to Convert Government Property)

10.    The allegations set forth above and all counts set forth in this Indictment are incorporated herein by reference and realleged as though fully set forth herein.

11.    On or before March 16, 2021, and continuing to and around August 27, 2021, in the District of Utah and elsewhere,

**DINO ANGELO RENDE and FRANCIS J. RENDE II,**

defendants herein, did conspire to commit an offense against the United States, and to defraud the United States, or an agency thereof (namely, the CDC) by agreeing to sell

*U.S. v. Dino Angelo Rende and Francis J. Rende II*    3
Indictment

stolen CDC Vaccination Record Cards for $50 each to others, and one or more of defendants committed an act to effect the object of the conspiracy.

## Manner and Means of the Conspiracy

12.     On or before March 16, 2021, Defendant Francis Rende did embezzle, steal, purloin, and convert a number of CDC Vaccination Records Cards.

13.     On or about March 29, 2021, Francis Rende sent Dino Rende some of the embezzled, stolen, purloined, or converted CDC Vaccination Record Cards.

14.     Dino Rende retained at least 25 of the CDC Vaccination Record Cards.

15.     Between July 15 and August 27, 2021, Francis and Dino Rende thereafter agreed to sell the CDC Vaccination Record Cards to a number of buyers for $50 each.

## Overt Acts to Effect the Object of the Conspiracy

16.     Between July 15, 2021 and August 27, 2021, Dino Rende agreed with his brother, Francis Rende, to, and arranged to, sell at least seven (7) of the improperly obtained CDC Vaccination Record Cards to others for $50 each. Dino and Francis Rende also agreed to share the proceeds from the sales of the CDC Vaccination Cards, knowing that Francis Rende had improperly obtained the cards and that they belonged to the CDC.

17.     On or about August 27, 2021, Dino Rende also transported approximately 18 of the stolen CDC Vaccination Record Cards in his car into the District of Utah, with the intention of retaining the cards to sell them to others for at least $50 each pursuant to the conspiracy he made with his brother, Francis Rende, to unlawfully convert them.

All in violation of 18 U.S.C. §§ 371 and 641.

<u>**COUNT 2**</u>

18 U.S.C. §§ 641 and 2

(Retention of Government Property with Intent to Convert and Aiding and Abetting)

18.     The allegations set forth above and all counts set forth in this Indictment are incorporated herein by reference and realleged as though fully set forth herein.

<u>**Retention of Stolen Covid-19 Vaccine Record Cards with the Intent to Convert**</u>

19.     On or about the dates set forth below, in the District of Utah, and elsewhere,

**DINO ANGELO RENDE and FRANCIS J. RENDE II,**

defendants herein, did receive, conceal, and retain, with the intent to convert to their use or gain, a thing of value of the United States and an agency thereof, namely at least 25 CDC Vaccination Record Cards, with an aggregate value exceeding $1,000, knowing the Cards to have been embezzled, stolen, purloined, and converted, as follows:

| Approximate Date | No. of Cards | Buyer | Approximate Amount Paid |
|---|---|---|---|
| April 9, 2021 | Starts with at least 25 | N/A | N/A—Dino Received the cards from his brother Francis. He admittedly was selling them for "$50 a pop." **(25 x $50 = $1,250 value)** |
| April 12, 2021 | Sells 1 | R.H.T. | Unknown |
| July 25, 2021 | Sells 2 | Unnamed Couple | $100 |
| August 4, 2021 | Sells Multiple | T.V. | $50 a piece for "a bunch" of CDC Vaccination Record Cards. = $100+ |
| August 17, 2021 | Sells 5 | F.S. | $250 |
| August 19, 2021 | Sells 1 | R.C. | $50 |

*U.S. v. Dino Angelo Rende and Francis J. Rende II*     5
Indictment

| Approximate Date | No. of Cards | Buyer | Approximate Amount Paid |
|---|---|---|---|
| August 20, 2021 | Sells Multiple | "pepke" | $100+ |
| August 27, 2021 | 18 | N/A | When arrested, Dino Rende still had 18 CDC Vaccination Record Cards in his car. |

20.    And did aid, abet, counsel, command, induce and procure the commission of the offense.

All in violation of 18 U.S.C. §§ 641 and 2.

A TRUE BILL:

_____

FOREPERSON OF GRAND JURY


ANDREA T. MARTINEZ
United States Attorney


Todd C. Bouton
Assistant United States Attorney

*U.S. v. Dino Angelo Rende and Francis J. Rende II*    6
Indictment